United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  WINIFRED JIAU,                           No. C 13-0248 WHA (PR)

              Plaintiff,                    **ORDER DENYING**
13                                          **RECONSIDERATION OR RELIEF**
    vs.                                     **FROM JUDGMENT**
14
15  KAIRE POOLE; RANDY TEWS,

              Defendant.                    (Dkt. 10, 11)
16                                /
17
18          Plaintiff, a federal prisoner incarcerated at the Federal Correctional Institute in Dublin,
19  California, filed this civil rights case in which she complains that she was wrongfully expelled
20  from the residential drug abuse treatment program and that such expulsion adversely affects the
21  duration of her confinement. The complaint was dismissed without prejudice to refiling in a
22  habeas case because her claims implicate the duration of her confinement and success would
23  entitle her to earlier release. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011). Plaintiff has
24  filed motions for reconsideration and relief from judgment under Rule 60(b) of the Federal
25  Rules of Civil Procedure. In her motions she disagrees with the dismissal order and raises
26  arguments that are suitable for appeal, but she presents no grounds for reconsideration or relief
27  from judgment. Motions for reconsideration are not a substitute for appeal or a means of
28  attacking some perceived error of the court. *See Twentieth Century - Fox Film Corp. v.*

*Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981) . Accordingly, plaintiff's motions for reconsideration and relief from judgment (dkt. 10, 11) are **DENIED**.

**IT IS SO ORDERED.**

Dated: March   28   , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\JIAU0248.REC.wpd