**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

WINIFRED JIAU,                             No. C 13-0248 WHA (PR)

12
                   Plaintiff,              **ORDER REVOKING IN FORMA**
13                                         **PAUPERIS STATUS FOR APPEAL**

14       vs.

KAIRE POOLE; RANDY TEWS,
15
                   Defendant.
16 _____/

17

18          Plaintiff, a federal prisoner incarcerated at the Federal Correctional Institution in Dublin,

19  California, filed this civil rights case in which she complains that she was wrongfully expelled

20  from the residential drug abuse treatment program.  Because she stated in her complaint that the

21  expulsion from the program "resulted [in] the plaintiff no longer [being] eligible for a 12-month

22  early release," the complaint was dismissed without prejudice to refiling in a habeas case

23  because her claims implicate the duration of her confinement and success would entitle her to

24  reinstatement in the program and earlier release. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293

25  (2011).  Plaintiff's subsequent motions for reconsideration and relief from judgment were

26  denied because she did not indicate in those motions that the expulsion from the drug treatment

27  programs did not affect the duration of her confinement.  She appealed both the judgment and

28  the denial of her post-judgment motions.  Our court of appeals has referred the case for a

1    determination of whether in forma pauperis status should be revoked under 28 U.S.C.

2    1915(a)(3) because the appeal is frivolous or taken in bad faith.  The appeal is frivolous because

3    it is clear from plaintiff's papers that her placement in the program affect the duration of her

4    confinement such that success on her claims would entitle her to earlier release, and therefore

5    that the claims should be brought in a habeas petition not a civil rights complaint.  Accordingly,

6    in forma pauperis status is **REVOKED**.

7         **IT IS SO ORDERED.**

8

9    Dated: April ____8____, 2013.

10                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

G:\PRO-SE\WHA\CR.13\JIAU0248.IFPAPP.wpd

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2