IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED JIAU,<br><br>   Plaintiff,<br><br> vs.<br><br>KAIRE POOLE; RANDY TEWS,<br><br>   Defendant. | No. C 13-0248 WHA (PR)<br><br>**ORDER AMENDING ORDER OF SERVICE; GRANTING PLAINTIFF'S MOTION TO PARTICIPATE IN ELECTRONIC FILING** |

  Plaintiff, formerly incarcerated at the Federal Correctional Institute in Dublin, California, filed this civil rights case. The order of service incorrectly indicated that the date it was signed was January 26, 2015. The order is **AMENDED** to correct the signature date to March 26, 2015. In addition, good cause appearing, plaintiff's motion to participate in electronic case filing (dkt. 29) is **GRANTED**.

  IT IS SO ORDERED.

Dated: April__7__, 2015.

               WILLIAM ALSUP
               UNITED STATES DISTRICT JUDGE