IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WINIFRED JIAU,

    Plaintiff,

  vs.

KAIRE POOLE; RANDY TEWS,

    Defendant.
                          /

No. C 13-0248 WHA (PR)

**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Pursuant to the referral notice from the United States Court of Appeals of the Ninth Circuit, it is determined that plaintiff's in forma pauperis status may continue for this appeal because the appeal is not frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

Dated: February 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE